IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

S. H., Putative Father of A. H., a Minor,

      Appellant,

v.

A.E., D.E., FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD LITEM PROGRAM,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-866

Opinion filed December 1, 2016.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

Troy Farquhar and Aaron J. Irving of Integrity Law, P.A., Jacksonville, for Appellant.

Michael A. Tupper of Tupper Law, P.A., Jacksonville for Appellees A.E. and D.E.; Dwight O. Slater, Appellate Counsel, Children's Legal Services, Department of Children and Families, Tallahassee, for Appellee Florida Department of Children and Families; David P. Krupski, Guardian ad Litem Program, Sanford, for Appellee Guardian ad Litem Program.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.